**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TYRONE JULIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **10 1663** |
| | ) | |
| MR. McKINNON, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on consideration of plaintiff's *pro se* complaint and his application to proceed *in forma pauperis*.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that the name on his SmarTrip card, apparently issued by the Washington Metropolitan Area Transit Authority, is not his name. He demands an award of $999,999,999.00. Because the complaint contains no short and plain statement as to plaintiff's entitlement to relief, the pleading does not comply with Rule 8(a) and it will be dismissed. An Order consistent with this Memorandum Opinion will be issued on this same date.

Date: 09/28/10

United States District Judge

(N)

3